# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL I. KENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 18-0106-CG-C |
| ) | |
| GULF COAST SECURITY ) | |
| ENTERPRISES, LLC, SHOWTIME ) | |
| BODY GUARDS & ETC, LLC and ) | |
| TOMMIE LANDRUM, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 10, 2018 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 4th day of January, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE