IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL I. KENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-0106-CG-C |
| | ) |
| GULF COAST SECURITY ENTERPRISES, LLC, SHOWTIME BODY GUARDS & ETC, LLC and TOMMIE LANDRUM, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

In accordance with the Court's Order issued this date adopting the Report and Recommendation of Magistrate Judge William Cassady, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiff, Mike Kent, jointly and severally, against defendants Gulf Coast Security Enterprises, LLC, Showtime Body Guards & Etc., LLC and Tommie Landrum in the amount of $20,655.36, plus $12,023.38 in attorney's fees and costs for a total amount of $32,678.74. Post judgment interest shall accrue at the statutory rate of 2.7% pursuant to Title 28 U.S.C. § 1961.

The Court will consider any supplemental motion to amend this judgment to include additional post-judgment attorneys' fees and costs.

**DONE and ORDERED** this 4th day of January, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE