IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL I. KENT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 18-0106-CG-C |
| GULF COAST SECURITY ENTERPRISES, LLC, SHOWTIME BODY GUARDS & ETC. LLC, and TOMMIE LANDRUM, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiff's motion to amend judgment to include post-judgment attorney's fees and costs. (Doc. 44). Plaintiff obtained a default judgment in this FLSA case on January 4, 2019 in the amount of $20.655.36, plus $12,023.38 in attorney's fees and costs, for a total amount of $32,678.74. (Doc. 21). The FLSA mandates that the "court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C. § 216(b). The Judgment in this case expressly stated that "[t]he Court will consider any supplemental motion to amend this judgment to include additional post-judgment attorneys' fees and costs." (Doc. 21).

The instant motion seeks $1,100.00 in attorney's fees and $545.00 in costs. (Doc. 44-1). The fees sought were calculated using the same hourly rates previously approved by and applied in this case by the Court. Upon review of the motion and

1

supporting affidavit the Court finds it appropriate to grant Plaintiff's motion.

Accordingly, Plaintiff's motion to amend judgment (Doc. 44) is hereby **GRANTED** and **Plaintiff is awarded additional attorneys' fees and costs in the amount of $1,645.00.**

The Court notes that $11,868 was already ordered to be disbursed to Plaintiff and that the Court has since received $23,454.36 from Garnishee Bishop State Community College. (Docs. 48, 49). There appear to be sufficient funds available to cover the unpaid portion of the judgment. If Plaintiff agrees, he should file a motion to disburse funds and terminate or release the garnishment. Any such motion shall include a computation of the unpaid balance and a calculation of the post-judgment interest, and shall also include a proposed order for entry by the Court.

**DONE** and **ORDERED** this 1st day of April, 2019.

                                        /s/ Callie V. S. Granade
                                        SENIOR UNITED STATES DISTRICT JUDGE